1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  KIMBERLY J. CHU, ESQ., S.B. #206817
   kchu@braytonlaw.com
3  BRAYTON❖PURCELL LLP
   Attorneys at Law
4  222 Rush Landing Road
   P.O. Box 6169
5  Novato, California 94948-6169
   (415) 898-1555
6  (415) 898-1247 (Facsimile)

7  Attorneys for Plaintiffs

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 CHARLES SHALL and                )   No. 3:14-cv-01432-EMC
   URSULA SHALL,                    )
12                                  )   UPDATED JOINT STATUS REPORT
                Plaintiffs,         )
13                                  )
   vs.                              )   Date:     September 4, 2014
14                                  )   Time:     10:30 a.m.
   FOSTER WHEELER LLC (FKA FOSTER   )   Judge:    Honorable Edward M. Chen
15 WHEELER CORPORATION),            )   Courtroom: Courtroom 5 - 17th Floor
                                    )
16              Defendant.          )

17

18     Plaintiffs and defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER

19 CORPORATION) ("FOSTER") hereby submit this Updated Joint Status Report Statement for

20 the above-captioned case.

21     Plaintiffs' and FOSTER have agreed to resolve all claims in the above captioned case.

22 The appropriate stipulation regarding dismissal will be filed once the settlement paperwork has

23 been completed.  Accordingly, parties request that all future hearings and Court deadlines be

24 vacated.

25 Dated:   8/28/14                          BRAYTON❖PURCELL LLP

26                                          By:  /s/ Kimberly J. Chu
                                               Kimberly J. Chu, Esq., S.B. #206817
27                                             kchu@braytonlaw.com
                                               (415) 898-1555
28                                             (415) 898-1247 (Facsimile)
                                               Attorneys for Plaintiffs

Dated: Aug. 28, 2014                                 BRYDON, HUGO & PARKER

                                                     By: _____
                                                     Charles S. Park, Esq.
                                                     Email: cpark@bhplaw.com
                                                     (415) 808-0300
                                                     (415) 808-0333  (Facsimile)
                                                     Attorneys for Defendants Foster Wheeler LLC
                                                     (FKA Foster Wheeler Corporation)

IT IS SO ORDERED that the Status set for 9/4/14 is reset for 11/13/14 at 10:30 a.m.  An updated joint status report shall be filed by 11/6/14. The status will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]