BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SHALL and URSULA SHALL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>　　　　Defendant. | No. 3:14-cv-01432-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC** *fka* **FOSTER WHEELER CORPORATION** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:　9/4/14　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Edward M. Chen
　　　　　　　　　　　　　　　　　　　United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION